# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Mats Jonsson and Carol Jonsson<br>    <u>Debtor(s)</u> | BKY. NO. 12-06022 JJT<br><br>CHAPTER 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

 Kindly enter my appearance on behalf of Federal National Mortgage Association, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 5581

            Respectfully submitted,


            <u>**/s/ Thomas Puleo**</u>
            Thomas Puleo, Esquire
            James C. Warmbrodt, Esquire
            KML Law Group, P.C.
            701 Market Street, Suite 5000
            Philadelphia, PA 19106-1532
            (215) 825-6306  FAX (215) 825-6406
            Attorney for Movant/Applicant