**From:** USBankruptcyCourts <USBankruptcyCourts@noticingcenter.com>
**To:** tullio.deluca <tullio.deluca@verizon.net>
**Subject:** U.S. Bankruptcy Court, Middle District of Pennsylvania - Undeliverable Notice, In re: Mats Jonsson, Case Number: 12-06022, JJT, Ref: [p-115624039]
**Date:** Thu, Dec 14, 2017 12:42 pm
**Attachments:** B_P512060223180W0234.PDF (103K)

---

Notice of Undeliverable Mail to Debtor/Debtor's Attorney

December 15, 2017

From: United States Bankruptcy Court, Middle District of Pennsylvania

Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice
    In re: Mats Jonsson, Case Number 12-06022, JJT

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated.

NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule.** THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) type or print legibly each updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

> **U.S. Bankruptcy Court**
> **274 Max Rosenn U.S. Courthouse**
> **197 South Main Street**
> **Wilkes-Barre, PA 18701**

---

Undeliverable Address:
Community Medical Center
P.O. Box 941
Scranton, Pennsylvania 18501

Reason Undeliverable: P.O. BOX HAS CLOSED

THE UPDATED ADDRESS IS:

_1800 Mulberry St_
_Scranton Pa 18510_

Undeliverable Address:
Community Medical Center

PO Box 941
Scranton, PA 18501

Reason Undeliverable: P.O. BOX HAS CLOSED

THE UPDATED ADDRESS IS:

1800 Mulberry St.
Scranton Pa 18510

Undeliverable Address:
Financial Asset Mgmt. System
P.O. Box 451409
Atlanta, Georgia 31145

Reason Undeliverable: FORWARDING ORDER HAS EXPIRED

THE UPDATED ADDRESS IS:

26 S Greeley Ave
Chappaqua NY 10514

Undeliverable Address:
Moses Taylor Hospital
Box 1270
Scranton, Pennsylvania 18501

Reason Undeliverable: P.O. BOX HAS CLOSED

THE UPDATED ADDRESS IS:

700 Quincy Ave
Scranton Pa 18510

Undeliverable Address:
Portnoff Law Associates, Ltd
1000 Sandy Hill Road, Suite 150
Norristown, Pennsylvania 19401

Reason Undeliverable: FORWARDING ADDRESS WITH USPS: 2700 HORIZON DR STE 100, KING OF PRUSSIA PA 19406-2726 FORWARDING ORDER HAS EXPIRED

THE UPDATED ADDRESS IS:

2700 Horizon Dr, Ste 100
King of Prussia Pa 19406-2726

_____          12/10/17
Signature of Debtor or Debtor's Attorney          Date

**The Bankruptcy Noticing Center does not respond to messages regarding bypass notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.**