**TULLIO DELUCA**
ATTORNEY-AT-LAW
381 N. 9TH STREET
SCRANTON, PENNSYLVANIA 18504
PHONE (570) 347-7764  FAX (570) 347-7763
EMAIL: TULLIO.DELUCA@VERIZON.NET

December 28, 2017

Clerk's Office
U.S. Bankruptcy Court
Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA. 18701

      In Re: **Mats and Carol Jonsson**
           **Chapter 13**
           **Case No. 5-12-06022**

Dear Sir/Madam:

    I have received returned mail for **InSolve Recovery/Capital Recovery**, a creditor in the above-captioned bankruptcy. The incorrect address the mail was sent to was:7144 E. Stetson Dr. # 410 Scottsdale, AZ 85251-3275 **.** Please be advised the correct information is as follows:

INSOLVE RECOVERY

C/O CAPITAL RECOVERY GROUP

PO BOX 123203
DALLAS, TX 753203

I served the Order of Discharge at the above address on Dec. 28, 2017.Please correct the mailing matrix.

    Thank you for assistance in this matter.

                              Very truly yours,


                              /s/ Tullio DeLuca, Esquire

TD/th