```
                         United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                          Case No. 12-06022-JJT
Mats Jonsson                                                    Chapter 13
Carol Jonsson
        Debtors                    **CERTIFICATE OF NOTICE**

District/off: 0314-5          User: LyndseyPr          Page 1 of 1          Date Rcvd: Feb 13, 2018
                              Form ID: fnldec          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 15, 2018.
db/jdb         +Mats Jonsson,   Carol Jonsson,   412 Adams Place,   South Abington Twp., PA 18411-1673

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 13, 2018 at the address(es) listed below:
              Andrew Goldberg    on behalf of Creditor    Federal National Mortgage Association
               Bkmail@rosicki.com
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,    TWecf@pamd13trustee.com
              Joshua I Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Matthew Christian Waldt    on behalf of Creditor    Federal National Mortgage Association
               mwaldt@milsteadlaw.com,    bkecf@milsteadlaw.com
              Thomas I Puleo    on behalf of Creditor    Federal National Mortgage Association
               tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Tullio DeLuca    on behalf of Debtor 1 Mats  Jonsson tullio.deluca@verizon.net
              Tullio DeLuca    on behalf of Plaintiff Jackie G. Vlachos tullio.deluca@verizon.net
              Tullio DeLuca    on behalf of Plaintiff Thomas A. Vlachos tullio.deluca@verizon.net
              Tullio DeLuca    on behalf of Debtor 2 Carol  Jonsson tullio.deluca@verizon.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 10

fnldec (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Mats Jonsson<br>aka Mats O. Jonsson, aka MJ Tech Services<br>412 Adams Place<br>South Abington Twp., PA 18411<br><br>Carol Jonsson<br>aka Carol A. Jonsson, aka Carol Ferris, aka Carol A.<br>Ferris<br>412 Adams Place<br>South Abington Twp., PA 18411 | Chapter 13<br>Case No. 5:12−bk−06022−JJT |

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):
xxx−xx−8201
xxx−xx−1765

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED, Charles J DeHart, III (Trustee)** is discharged as trustee of the estate of the above−named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated:  February 13, 2018

By the Court,

Honorable John J. Thomas
United States Bankruptcy Judge
By: LyndseyPrice, Deputy Clerk